UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPENCER GAIR HARRINGTON,

        Plaintiff,

        v.

SERGIO ALBARRAN, et al.,

        Defendants.

Case No. 26-cv-01889-JST

**ORDER TO MEET AND CONFER**

Re: ECF No. 1

On March 4, 2026, Petitioner Spencer Gair Harrington filed a petition for a writ of habeas corpus.  ECF No. 1.  On March 23, 2026, the Court granted a preliminary injunction requiring the government to relieve Harrington of an ankle monitor and ISAP monitoring and prohibiting the government from reimposing those conditions absent notice and a hearing.  ECF No. 9 at 13.  To date, no briefing schedule has been set for resolving Harrington's habeas petition.  The parties shall meet and confer and, within 21 days of the date of this order, propose a schedule for resolving the remainder of this case or a stipulation that the reasoning in the Court's order granting the preliminary injunction, ECF No. 9, warrants granting the petition and entering judgment.

**IT IS SO ORDERED.**

Dated: August 5, 2026

_____
JON S. TIGAR
United States District Judge